IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIRGINIA HUNTER-HENDRIX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number CIV-07-1416-C |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM OPINION AND ORDER**

On June 11, 2011, Defendant issued a Notice of Award in Plaintiff's favor. Plaintiff now seeks to reopen the case pursuant to Fed. R. Civ. P. 60 so that she may timely file a request for attorney's fees pursuant to 42 U.S.C. § 406(b). Plaintiff's request is in accordance with the procedure set forth by the Tenth Circuit in McGraw v. Barnhart, 450 F.3d 493 (10th Cir. 2006).

For the reasons set forth herein, Plaintiff's Motion Under F.R.C.P. 60 to Reopen Judgment so that Motion for Attorney Fees Under 42 U.S.C. § 406(b) Can Be Timely Filed (Dkt. No. 35) is GRANTED.

IT IS SO ORDERED this 20th day of June, 2011.

ROBIN J. CAUTHRON
United States District Judge